# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEW YORK

----------------------------------------------------------

UNITED STATES OF AMERICA,

    -vs                                      **JUDGMENT OF ACQUITTAL**

CHRISTOPHER LISTON DAVIS            Case No. 8:09-cr-47

-------------------------------------------------------

      The defendant was found not guilty as to Count 3 of the Second Superseding Indictment .  IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated as to Count 3 only.

Dated:       June 1, 2009
               Syracuse, NY

_____
Hon. Glenn T. Suddaby
U.S. District Judge